UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DAFNE ELIZABETH TAPIA ESTRADA**
A 222-572-042

Petitioner,

v.

**TODD BLANCHE**, IN HIS OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; **MARKWAYNE MULLIN**, IN HIS OFFICIAL CAPACITY AS U.S. DEPARTMENT OF HOMELAND SECURITY; **TODD LYONS,** IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); **JONATHAN FLORENTINO**, IN HIS OFFICIAL CAPACITY AS NEWARK FIELD OFFICE DIRECTOR (ICE), ENFORCEMENT AND REMOVAL OPERATIONS, NEWARK, NEW JERSEY, **YOLANDA PITTMAN**, IN HER OFFICIAL CAPACITY AS WARDEN, ELIZABETH DETENTION FACILITY (CORECIVIC),

Respondents.

Case No. 2:26-cv-12033 SDW

**ORDER**

Upon consideration of the Notice of Voluntary Dismissal filed by the Petitioner's attorney Robert Andre Cini, pursuant to Rule 41(a)(A) of the Federal Rules of Civil Procedure, and the

opposing party not yet having filed an answer or a motion for summary judgment,

IT IS now hereby this 21__th day of September 2026,

ORDERED, that the petition for a writ of habeas corpus is withdrawn, voluntarily, without prejudice, and it is further

ORDERED, that the Clerk of the Clerk is directed to close this case.

Dated: Newark, New Jersey

HON. SUSAN D. WIGENTON, U.S.D.J.